UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FUTURE WORLD ELECTRONICS LLC,<br><br>                 Plaintiff,<br><br>     v.<br><br>GO 2 PRINT NOW INC.,<br><br>                 Defendant. | No.  4:15-CV-5007-EFS<br><br>**ORDER DISMISSING CASE** |

On May 22, 2015, the parties filed a stipulated dismissal, ECF No. 16.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Dismissal, **ECF No. 16**, is **GRANTED.**

**2.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

//

ORDER DISMISSING CASE - 1

1  **DATED** this 22nd day of May 2015.

				s/Edward F. Shea
				EDWARD F. SHEA
			Senior United States District Judge

Q:\EFS\Civil\2015\5007.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 2